IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CRAIG CARNELL PICKENS,

Plaintiff,

vs.

LONG, CPL Jailer, Individual and Official
capacity; BECKY, SGT Jailer and Account
handler, Individual and Official capacity;
JEN MARQUEZ, CPL, #97052, Individual
and Official capacity; and ADAM HOUGH,
SGT, Individual and Official capacity;

Defendants.

8:24CV494

MEMORANDUM AND ORDER

On April 15, 2025, the Court ordered Plaintiff to file a second amended complaint by May 15, 2025, or face dismissal of this action. Filing No. 59. Plaintiff has not filed a second amended complaint or taken any other action in this matter and the deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 24th day of June, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court